# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | |
|---|---|
| IN RE: Gregory P Ruiz Hammond ) | Chapter 13 |
| Patricia K Ruiz Hammond ) | Case No. 22 B 09063 |
| Debtor(s) ) | Judge Timothy A Barnes |

## Notice of Motion

Gregory P Ruiz Hammond
Patricia K Ruiz Hammond
1409 Cleveland #1
Evanston, IL  60202

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On November 03, 2022 at 10:30 am, I will appear before the Honorable Timothy A Barnes, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

   **To appear by video**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

   **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

   **Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, October 26, 2022.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Gregory P Ruiz Hammond | ) | Chapter 13 |
| Patricia K Ruiz Hammond | ) | Case No. 22 B 09063 |
| Debtor(s) | ) | Judge Timothy A Barnes |

**Motion to Dismiss Case For Unreasonable Delay**

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 08/10/2022.

2. The debtor(s) have failed to amend schedule B to list the value of their assets.

3. Debtor has failed to amend the plan to treat all secured claims.

4. Debtor has failed to amend Schedule I as income has decreased.

5. Debtor has failed to amend Schedule B to add an undisclosed 401K account.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300