UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  22-09063
Gregory P Ruiz Hammond  )
Patricia K Ruiz Hammond  )  Chapter: 13
)  Honorable David D. Cleary
)
)
Debtor(s)  )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation to:

   a) Decrease Debtors' Plan payment to $2,560 a month beginning October 2025 until the end of the plan; and

   b) The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  September 22, 2025

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600